COLUMBIA OVERSEAS CORPORATION, Appellant, v. BANCO NACIONAL ULTRA-MARINO, Respondent.— Order modified by limiting requirement of reply to third and fourth defenses only, and as so modified affirmed, without costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

ANTHONY J. ERNEST, Respondent, v. ANNETTE J. MONTGOMERY and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements; date of trial to be fixed in the order. No opinion. Settle order on notice. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

ETHEL G. FISH, Respondent, v. FRANCIS S. FISH, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

In the Matter of the Probate of the Last Will and Testament of MARSHALL P. LEVY, Deceased. GUARANTY TRUST COMPANY OF NEW YORK and AUGUSTA LEVY, Executors, etc., and AUGUSTA LEVY, Individually, Appellants; JETTA L. LICHTENSTEIN and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

RUDOLPH GUENTHER-RUSSELL LAW, INC., Appellant, v. TICKER PUBLISHING COMPANY, Respondent.— Orders modified by requiring defendant to give particulars as to items 14 to 21 inclusive, and as so modified affirmed, with ten dollars costs and disbursements to plaintiff. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

In the Matter of Supplementary Proceedings of WILLIAM R. WISSER, Appellant, v. JACOB GOLDSTEIN, Respondent.— Order denying motion to punish for contempt affirmed; appeal from order granting reargument dismissed. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

EDMUND K. BROWN, Respondent, v. LUCY COOPER HEWITT, Appellant.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

STEFANO BERIZZI COMPANY, INC., Appellant, v. RAW SILK TRADING COMPANY, INC., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

WILLIAM J. BEAULEY, Appellant, v. HARRIET W. BEAULEY, Respondent.— Order modified by reducing the amount of allowance to defendant for counsel fee and expenses of appeal to the sum of $100, and as so modified affirmed, without costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

BANCO DI ROMA, Respondent, v. GUARANTY TRUST COMPANY OF NEW YORK, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

PHILIP JOHNSON Appellant, v. JOHN WERNER, Respondent, Impleaded with Another.— Order affirmed, with ten dollars costs and disbursements No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.